## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 60 EM 2023

        Respondent              :

             v.               :

JORGE MARTINEZ,           :

        Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner is ALLOTTED 15 days to submit his Petition for Allowance of Appeal.